IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MARYJEAN FOSS,

    Plaintiff,
v.                                                      CASE NO. 1:04-cv-00046-MP-AK

JO ANNE B BARNHART,

    Defendant.
_____/

## **O R D E R**

        This matter is before the Court on Doc. 12, Report and Recommendations of the Magistrate Judge, recommending that the Commissioner's decision denying benefits should be affirmed.  Objections to the Report and Recommendation were due by September 22, 2005, but none were filed.  The undersigned has reviewed the file and  agrees with the Magistrate Judge that substantial evidence existed to support the ALJ's decision.  The ALJ properly considered claimant's allegations of pain and articulated specific reasons for rejecting her testimony, specifically that her daily activities belied the level of pain she reported, that there were inconsistencies in the record regarding her level of pain, and Dr. Rozboril's opinion that she was disabled is not supported by his treatment notes. Further, the ALJ found that Plaintiff could perform her past relevant work as a secretary and typist and was not required to use the services

of a vocational expert, so any alleged error with regard to the hypothetical is irrelevant.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2. The decision of the Commissioner is AFFIRMED, this action is DISMISSED, and the clerk is directed to close the file.

**DONE AND ORDERED** this   30th   day of September, 2005

*s/Maurice M. Paul*

Maurice M. Paul, Senior District Judge
